

No. 12–0371/AR.  U.S. v. Charlie W. Presley, Jr.  CCA 20090673.  On consideration of Appellant's motion to consider matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and suspend Rule 21A(c), it is ordered that said motion is hereby granted.

No. 12–0385/AR.  U.S. v. Robert T. Toussant.  CCA 20090839.  Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATION OF CHARGE III CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.  IS THE CHARGE FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0282/AR.  U.S. v. Michael A. Garner.  CCA 20080401.  Appellant's motion to extend time to file a brief granted, *up to and including June 4, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.